In re: **CITY OF SAN DIEGO,**

**City Of San Diego, Petitioner,**

v.

**United States District Court for the Southern District of California;, Respondent,**

**Insurance Company of the State of Pennsylvania, Real Party in Interest.**

No. 04–70645.

United States Court of Appeals, Ninth Circuit.

Jan. 19, 2005.

Kristine L. Wilkes, Christine G. Rolph, Latham & Watkins, LLP, San Diego, CA, for Petitioner.

Before: REINHARDT, BEEZER, and WARDLAW, Circuit Judges.

ORDER

The City of San Diego's petition for a writ of mandamus is DENIED.

IT IS SO ORDERED.